```
                         UNITED STATES DISTRICT COURT
                         MIDDLE DISTRICT OF TENNESSEE
                              NASHVILLE DIVISION

STANLEY HARRIS,                      )
                                     )
          Plaintiff                  )
                                     )   No. 3:12-0647
v.                                   )   Judge Campbell/Bryant/Brown
                                     )
BELL & ASSOCIATES,                   )
                                     )
          Defendant                  )


STANLEY HARRIS,                      )
                                     )
          Plaintiff                  )
                                     )   No. 3:12-0648
v.                                   )   Judge Campbell/Bryant/Brown
                                     )
CLARK CONSTRUCTION GROUP LLC         )
MID A,                               )
                                     )
          Defendant                  )


STANLEY HARRIS,                      )
                                     )
          Plaintiff                  )
                                     )   No. 3:12-0649
v.                                   )   Judge Campbell/Bryant/Brown
                                     )
CLARK CONSTRUCTION GROUP,            )
                                     )
          Defendant                  )


STANLEY HARRIS,                      )
                                     )
          Plaintiff                  )
                                     )   No. 3:12-0650
v.                                   )   Judge Campbell/Bryant/Brown
                                     )
BELL & ASSOCIATES,                   )
                                     )
          Defendant                  )


STANLEY HARRIS,                      )
                                     )
          Plaintiff                  )
                                     )   No. 3:12-0651
v.                                   )   Judge Campbell/Bryant/Brown
                                     )
BELL & ASSOCIATES,                   )
                                     )
          Defendant                  )
```

| | |
|---|---|
| STANLEY HARRIS, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>CLARK CONSTRUCTION GROUP LLC )<br>MID A, )<br>)<br>    Defendant ) | No. 3:12-0652<br>Judge Campbell/Bryant/Brown |

**O R D E R**

A settlement conference was held in these matters on October 23, 2013. The parties were able to reach a settlement agreement in all cases, which was satisfactory to both sides. The terms of the settlement agreement are confidential. The Plaintiff will file appropriate papers dismissing his claims in all cases within **30 days** of the entry of this order.

Since it appears nothing further remains to be done by the Magistrate Judge, the **Clerk** is directed to return the file to the District Judge.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge